# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VICTORIA FOUNTAIN, | § | No. 388, 2016 |
| Employee-Appellant Below, Appellant, | § § § | Court Below—Superior Court of the State of Delaware |
| v. | § | C. A. No. S15A-07-005 |
| MCDONALD'S, | § | |
| Employer-Appellee Below, Appellee. | § | |

Submitted: March 15, 2017
Decided: March 22, 2017

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices.

## O R D E R

This 22nd day of March 2017, having considered this matter on the briefs filed by the parties, the Court has concluded that the final judgment of the Superior Court should be affirmed for the reasons stated in its June 30, 2016 opinion.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED. The time for filing a motion for reargument or rehearing *en banc* is shortened to five days.[1]

BY THE COURT:

_____
Justice

---

[1] Sup. Ct. Rules 4 and 18.